Joshua D. Baer, Esq.
PA Bar No. 87476
MARGOLIS EDELSTEIN
170 S. Independence Square W.
The Curtis Center, Suite 400E
Philadelphia, PA 19106-3337
215.922.1100 (Phone)
jbaer@margolisedelstein.com

Attorney for Plaintiff
TYANA WATTS,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

PHILADELPHIA DIVISION

| | |
|---|---|
| TYANA WATTS,<br><br>    Plaintiff,<br><br>vs.<br><br>PERFORMANT RECOVERY, INC.; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:13-cv-01125-CMR<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Hon. Cynthia M. Rufe |

    Plaintiff, TYANA WATTS, by and through her attorney, informs this Honorable Court that Plaintiff has settled her case with Defendants, PERFORMANT RECOVERY, INC.; and DOES 1 through 10, inclusive. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

///

Dated: <u>May 28, 2013</u>                         RESPECTFULLY SUBMITTED,


                                    By: <u>/s/ Joshua D. Baer</u>
                                        Joshua D. Baer, Esq.
                                        *Attorney for Plaintiff*

NOTICE OF SETTLEMENT