UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYANA WATTS,<br><br>    Plaintiff,<br><br>vs.<br><br>PERFORMANT RECOVERY, INC.; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Civil Case No.: 13-cv-01125-CMR |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff, TYANA WATTS, by counsel, and Defendant, PERFORMANT RECOVERY, INC, by counsel, hereby stipulate and agree that Plaintiff's action against PERFORMANT RECOVERY, INC; and DOES 1 to 10, inclusive, should be dismissed, with prejudice, with each party to bear their own costs and attorneys' fees.

Dated: July 25, 2013
Philadelphia, Pennsylvania

                                        Respectfully submitted,
                                        **MARGOLIS EDELSTEIN**

                                        /s/ Joshua D. Baer
                                        Joshua D. Baer, Esq. (PA Bar No. 87476)
                                        170 S. Independence Square W.
                                        The Curtis Center, Suite 400E
                                        Philadelphia, PA 19106-3337
                                        215.922.1100 (Telephone)
                                        jbaer@margolisedelstein.com

                                        *Attorney for Plaintiff, Tyana Watts*

**FINEMAN KREKSTEIN & HARRIS, P.C.**

/s/ Richard J. Perr
Richard J. Perr, Esquire (PA Bar No. 72883)
BNY Mellon Center
1735 Market Street, Suite 600
Philadelphia, PA 19103-7513
215-893-9300 (Telephone)
215-893-8719 (Facsimile)
rperr@finemanlawfirm.com

*Attorney for Defendant, Performant Recovery, Inc.*