**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TYANA WATTS, | Civil Case No.: 13-cv-01125-CMR |
| Plaintiff, | |
| vs. | |
| PERFORMANT RECOVERY, INC.; and DOES 1 through 10, inclusive, | **Related Docket No. ____** |
| Defendants. | |

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF**
**AND DEFENDANTS**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff TYANA WATTS against Defendants PERFORMANT RECOVERY, INC; and DOES 1 to 10, inclusive, are dismissed, with prejudice. Plaintiff TYANA WATTS and Defendant PERFORMANT RECOVERY, INC shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:_____

_____
United States District Judge
Eastern District of Pennsylvania